ACCEPTED
12-14-00158-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/11/2015 1:50:15 PM
CATHY LUSK
CLERK

## CAUSE NO. 12-14-00158-CR

| | | |
|---|---|---|
| RICKY NEAL, JR. | § | IN THE COURT OF APPEALS |
| | § | |
| V. | § | 12th JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/11/2015 1:50:15 PM
CATHY S. LUSK
Clerk

## STATE'S THIRD MOTION FOR EXTENSION OF TIME FOR FILING OF THE STATE'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Comes now the State of Texas, and presents its Motion for Extension of Time and for Late Filing of the State's Brief in the above cause, and in support of this motion, would show the Honorable Court the following:

A.  The case was originally disposed of by a jury trial in the 7th District Court of Smith County, Texas, the Honorable Kerry Russell, judge presiding.

B.  The trial court cause number was 007-10505-13, and the case was styled *The State of Texas v. Ricky Neal.*

C.  Appellant was convicted of the offense of Murder and the jury assessed a Life sentence of incarceration.

D.  On May 8, 2015, Appellant filed a brief. The State's brief was due to be filed in the Court on or before August 7, 2015.

E.  There have been seven extensions of time granted, two for the filing of the appellate record and five for the filing of Appellant's brief. There have been two prior extensions granted to the State.

F.  Pursuant to T.R.A.P. 10.5 (b), the State is seeking the Court's indulgence to order an extension of thirty (30) days to allow the State an opportunity for timely filing its reply brief on or before September 7, 2015.

G.   The facts relied upon to support this request are as follows:

I, Michael West, the undersigned Assistant Criminal District Attorney, am responsible for the Appellate Division in the office. Since the date of the State's last extension, I have repeatedly attempted to get a copy of the Reporter's Record in this case from the District Clerk's office only to be told that it had been, and still was, checked out by Appellant's attorney.

Two weeks ago, I was informed by Ms. Mary Pyle in the District Clerk's office that she had called Mr. G.J. Smith, Appellant's attorney, to request that he return the Reporter's Record to the District Clerk's office. Ms. Pyle informed me that Mr. Smith had claimed to have inadvertently put the record in storage and the he would be retrieving it from there and would send it overnight to the District Clerk's office.

Since that time I have checked on several occasions with Ms. Pyle regarding the Reporter's Record only to be told that she has not heard from Mr. Smith again and that she has not yet received the Reporter's Record.

On this day, I personally called and spoke to Mr. Smith who informed me that he has the Reporter's Record with him now and that he would be sending it by "private carrier" or USPS directly to my office. Mr. Smith told me that he would be doing that today or tomorrow morning.

Mr. Smith further agreed that I could inform the Court that he has no objection to this extension of time as he understands that I cannot respond to his brief without it.

H.   This motion is not being filed purely for purposes of delay, but rather to allow the State to timely respond to the argument in Appellant's lengthy brief.

I.   The State has a great interest in affirming the judgement of the 7th District Court in this case.

**WHEREFORE**, this request is respectfully made that the Court grant the State the opportunity of filing its brief on or before September 7, 2015.

Respectfully submitted

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)

## VERIFICATION

STATE OF TEXAS

SMITH COUNTY, TEXAS

BEFORE ME, the undersigned authority, a notary public in and for the State of Texas, on ___*August 11, 2015*___, personally appeared ___*Michael West*___, representing the State of Texas as Assistant Criminal District Attorney in the above captioned cause, and having been by me first duly sworn, stated that the facts set out in this motion are within his personal knowledge and are true and correct.



ARIN OBAR VILO
Notary Public
State of Texas
My Comm. Expires 08-22-2015

NOTARY PUBLIC - State of Texas

# CERTIFICATE OF SERVICE

On ___*August 11, 2015*___, at true and complete copy of this instrument has been electronically served to:

Mr. G. J. Smith
Attorney at Law
2000 E. Lamar Blvd., Ste. 330
Arlington, Texas 76006

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)